NUMBER 13-10-00671-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

ALEJANDRO SANTOS AND 

MARTHA MONICA SANTOS,
                                              APPELLANTS,

 

                                                             v.

 

MADELYN HOLZMAN, M.
D., INDIVIDUALLY 

AND D/B/A UROLOGIC
SPECIALISTS 

ASSOCIATES, P. A.,                                                                    APPELLEE.


____________________________________________________________

 

                             On
Appeal from the 275th District Court 

                                        of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

            Before Chief Justice Valdez and Justices Rodriguez and Perkes

Memorandum Opinion
Per Curiam

 








Appellants,
Alejandro Santos and Martha Monica Santos, attempted to perfect an appeal from
a judgment entered by the 275th District Court of Hidalgo County, Texas, in
cause number C-2714-99-E.  Judgment in this cause was signed on August 18, 2010. 
A motion for new trial was filed on December 3, 2010, and notice of appeal was
filed on December 6, 2010.  

On
December 15, 2010, the Clerk of this Court notified appellant of this defect so
that steps could be taken to correct the defect, if it could be done.  Appellant
was advised that, if the defect was not corrected within ten days from the date
of receipt of this Court’s letter, the appeal would be dismissed.  Appellant
has not filed a response to the Court’s notice.  

Texas
Rule of Appellate Procedure 26.1 provides that an appeal is perfected when
notice of appeal is filed within thirty days after the judgment is signed, unless
a motion for new trial is timely filed. 
Tex. R. App. P. 26.1(a)(1).  Where a timely motion for new trial has
been filed, notice of appeal shall be filed within ninety days after the judgment
is signed.  Tex. R. App. P. 26.1(a). 


Appellants’
motion for new trial was due on September 17, 2010.  See Tex. R. Civ. P. 329b(a).  The motion
for new trial was untimely because it was filed on December 3, 2010.  Therefore,
appellants’ notice of appeal was due to have been filed on or before September
17, 2010.  See Tex. R. App. P. 26.1(a). 
Appellants did not file their appeal until December 6, 2010.

The
Court, having examined and fully considered the documents on file, appellants’
failure to timely perfect their appeal, and appellants’ failure to respond to
this Court’s notice, is of the opinion that the appeal should be dismissed for
want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.  See Tex. R. App. P.
42.3(a)(c).               

                                                                                    PER
CURIAM

Delivered and filed the

10th day of February, 2011.